```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES                  :       CRIMINAL ACTION
                               :
     v.                        :
                               :
ANTHONY A. BIONDI              :       NO. 05-418
```

ORDER

AND NOW, this 31st day of March, 2014, upon consideration of Defendant's Motion to Vacate (Doc. No. 211), the government's response in opposition, the petitioner's Supplemental Filing, and following an on-the-record telephone conference with counsel on January 24, 2014, IT IS HEREBY ORDERED, for the reasons set forth in the Court's memorandum of today's date, that the motion is DENIED.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```